UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LANCE C. PROVO, on behalf of himself and all others similarly situated, :
:
                                                Plaintiff, :
: ORDER
                    - against - : 08-cv-10810 (GBD)
:
CHINA ORGANIC AGRICULTURE, INC.,CHANGQING XU, :
XUEFENG GUO, HUIZHE XIAO, SHUJIE WU, and JIAN LIN :
                                    Defendants. :
------------------------------------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    The motion of plaintiffs Ronald H. Linman, Francisco Mueller, Thomas E. Miller, and Hien Bui to be appointed as lead plaintiffs of the putative class of purchasers of securities issued by China Organic Agriculture, Inc. and approve their selection of the law firms of Vianale & Vianale LLP and Sarraf Gentile LLP as co-lead counsel for the proposed class is GRANTED.

Dated: New York, New York
       August 11, 2009

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge